JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **STEVEN VARGAS,** | **NO.  CV 20-8049-JGB (KS)** |
| **Plaintiff,** | |
| **v.** | **JUDGMENT** |
| **WARDEN,** | |
| **Defendant.** | |

Pursuant to the Court's Order,

IT IS ADJUDGED that the above-captioned case is dismissed without prejudice.

DATED: September 9, 2020

_____
JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE

1